Dewey Wallace McMURTREY v. Honorable Richard J. HOPKINS, Judge of the United States District Court for the District of Kansas.

No. 2664.

Circuit Court of Appeals, Tenth Circuit.

Dec. 14, 1942.

No appearance for either party.

Before PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.

Application for leave to prosecute appeal in forma pauperis denied December 14, 1942.

FIDELITY & COLUMBIA TRUST COMPANY, Executor of Estate of Catherine E. Nugent, Appellant, v. UNITED STATES of America, Appellee.

No. 9181.

Circuit Court of Appeals, Sixth Circuit.

Dec. 2, 1942.

A. Scott Hamilton and Woodward, Dawson & Hobson, all of Louisville, Ky., for appellant.

Eli H. Brown, III, of Louisville, Ky., for appellee.

Before HICKS, SIMONS, and McALLISTER, Circuit Judges.

PER CURIAM.

This cause was heard upon the record, briefs and argument of counsel, and the court being of the opinion that there is no reversible error upon the record, it is ordered and adjudged that the judgment appealed from be and the same is in all things affirmed upon the authority of Franklin v. United States, 6 Cir., 101 F.2d 459, affirmed 308 U.S. 516, 60 S.Ct. 170, 84 L.Ed. 439.

Henry Philip FENSTER, Appellant, v. UNITED STATES of America.

No. 12391.

Circuit Court of Appeals, Eighth Circuit.

Dec. 14, 1942.

Morris A. Shenker, of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., and David M. Robinson, Asst. U. S. Atty., both of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution, on motion of appellee, without costs in favor of either party in this Court.

ELY & WALKER DRY GOODS COMPANY, Petitioner, v. NATIONAL LABOR RELATIONS BOARD.

No. 12308.

Circuit Court of Appeals, Eighth Circuit.

Nov. 9, 1942.

Henry Davis and R. H. McRoberts, both of St. Louis, Mo., for petitioner.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for respondent.

PER CURIAM.

Petition to review dismissed on motion of petitioner, jurisdiction reserved to consider enforcement of Order of Labor Board, etc.